492

**Eddy BENOIT, Petitioner–Appellant,**

v.

**SUPERIOR COURT OF CALIFORNIA,
County of Marin, Department A,
Respondent–Appellee.**

No. 06–56356.

United States Court of Appeals,
Ninth Circuit.

Submitted July 23, 2007 *.

Filed July 27, 2007.

Eddy Benoit, San Rafael, CA, pro se.

Raymond L. Fitzgerald, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, the motion to summarily affirm the district court's judgment is granted.

All pending motions are denied as moot.

**AFFIRMED.**